Opinion to: SR TJ EVK ERA GCH LCH JB JS MM TGT
















Opinion issued April 1, 2010

 

 

 

 

 

 

 

 

 

                                                                                                                                                                                                                                                                                                                                                                        



 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-08-00925-CR

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



MICHAEL HENRY WRIGHT, Appellant

 

V.

 

THE STATE OF TEXAS,
Appellee

 

 



On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause No. 1172742

 

 



MEMORANDUM
OPINION 

In
his sole issue, Michael Henry
Wright, appellant, contends the trial court’s judgment erroneously reflects
that he was convicted of the first
degree felony of aggravated sexual assault
of a child under the age of 14. 
Appellant requests that we modify the judgment to show he was convicted
of second degree indecency with a child by contact.  The State agrees that the judgment should be
modified.    

The
record shows appellant was initially charged with the first degree felony of
aggravated sexual assault of a child
under the age of 14 that occurred on or about February 17, 2007.  Appellant pleaded guilty without an agreed recommendation
to the reduced charge of second degree indecency with a child by contact.  See Tex. Penal Code Ann. § 21.11 (Vernon Supp.
2009).  Although there is no dispute
appellant pleaded guilty and was convicted of second degree indecency with a
child by contact, the judgment erroneously reflects he was convicted of first
degree felony aggravated sexual assault of
a child under the age of 14.

          We modify the judgment to show
appellant was convicted of second degree indecency with a child by contact, and
affirm the judgment, as modified.  See St. Julian v. State, 132 S.W.3d 512,
517 (Tex. App.—Houston [1st Dist.] 2004, pet. ref’d); Asberry v. State, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet.
ref’d).

 

 

 

CONCLUSION

          As
modified, we affirm the judgment of the trial court. 

 

 

                                                          Elsa
Alcala

                                                          Justice

 

Panel
consists of Chief Justice Radack and Justices Alcala and Higley.

 

Do
not publish.  Tex. R. App. P. 47.2(b).